NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QIAN IBRAHIM ZHAO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5079

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-463, Judge Charles F. Lettow.

---

## ON MOTION

---

On October 15, 2010, this court ordered Zhao to pay the court's docketing fee by November 5, 2010 or this appeal would be dismissed. Zhao has not paid the fee.

Accordingly,

This appeal is dismissed for failure to prosecute. Any pending motion is moot.

FOR THE COURT

JAN 1 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Qian Ibrahim Zhao
    Douglas G. Edelschick, Esq.

s19

Issued As A Mandate: JAN 1 0 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2011

JAN HORBALY
CLERK